

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-12-2013

# USA v. Jamar Blackshear

Precedential or Non-Precedential: Non-Precedential

Docket No. 12-1485

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"USA v. Jamar Blackshear" (2013). *2013 Decisions.* Paper 394.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/394

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-1485
_____

UNITED STATES OF AMERICA

v.

JAMAR BLACKSHEAR,
Appellant

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
District Court No. 2-11-cr-00227-001
District Judge: The Honorable R. Barclay Surrick

_____

Argued March 21, 2013

Before: McKEE, *Chief Judge*, SMITH, and GREENAWAY, JR., *Circuit Judges*

(Filed: August 12, 2013)

Andrew J. Schell   [ARGUED]
Office of United States Attorney
615 Chestnut Street
Suite 1250
Philadelphia, PA  19106
        *Counsel for Appellee*

Mark E. Cedrone   [ARGUED]
123 South Broad Street
Suite 810
Philadelphia, PA 19109
        *Counsel for Appellant*

—————————

OPINION

—————————


SMITH, *Circuit Judge.*

Jamar Blackshear and his codefendant, Terrell Davis, appeal the denial of their suppression motion. Blackshear has standing to challenge the search of the rental vehicle under *United States v. Baker*, 221 F.3d 438, 442–43 (3d Cir. 2000). For the reasons stated in Parts I and II of the companion case, *United States v. Davis*, No. 12-1486 (3d Cir. Aug. 9, 2013), we will affirm the District Court's judgment.